AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means ☐ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
351 McCormick Road ) Case No. 3:22-mj-35
Charlottesville, VA 22904 )
)
)

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the     Western     District of     Virginia    
*(identify the person or describe the property to be searched and give its location)*:

See attachment A-2

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See attachment B-2

**YOU ARE COMMANDED** to execute this warrant on or before     August 24, 2022     *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     Joel C. Hoppe, United States Magistrate Judge    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    8/10/22 at 9:38am                    *Joel C. Hoppe* (signature)
                                                               *Judge's signature*

City and state:    Charlottesville    , Virginia              Joel C. Hoppe, United States Magistrate Judge
                                                               *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: 3:22mj36 | Date and time warrant executed: August 12, 2022 / 10:04a | Copy of warrant and inventory left with: at office location on desk |
|---|---|---|

Inventory made in the presence of:
SA Michael Leonard / SOS Carrie Guerin

Inventory of the property taken and name(s) of any person(s) seized:

Search return is for the warrant of the office at Thornton Hall, office E311, Charlottesville, VA.

Items seized include:
- Journal publishings
- Grant applications
- Books Authored by Gang Tao
- research papers
- thumb drives
- Desktop computer

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/20/22

Executing officer's signature

Cliff Greene / Special Agent
Printed name and title

Received in chambers by reliable electronic means on September 20, 2022.

USMJ